1 | KAREN P. HEWITT
United States Attorney
2 | JOSEPH J.M. ORABONA
Assistant United States Attorney
3 | California State Bar No. 223317
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-7736
6
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

```
              FILED

           OCT 3 0 2007

      CLERK, U.S. DISTRICT COURT
  SOUTHERN DISTRICT OF CALIFORNIA
  BY    CF              DEPUTY
```

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          )   Magistrate Case No. 07MJ8854
                                        )                07CR2967-DMS
12 |                  Plaintiff,         )
                                        )   **STIPULATION OF FACT AND JOINT**
13 |          v.                        )   **MOTION FOR RELEASE OF**
                                        )   **MATERIAL WITNESS(ES) AND**
14 | FABIAN GUERRERO-ALVAREZ,           )   **ORDER THEREON**
                                        )
15 |                  Defendant.        )
                                        )   **(Pre-Indictment Fast-Track Program)**

16

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph

19 J.M. Orabona, Assistant United States Attorney, and defendant FABIAN GUERRERO-ALVAREZ,

20 by and through and with the advice and consent of defense counsel, Kris Kraus, Federal Defenders

21 of San Diego, Inc., that:

22        1.        Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27 and (v)(II).

28 JJO:jam:10/18/07

2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **November 16, 2007**.

4.      The material witnesses, Asuncion Gutierrez-Ramirez, Jose David Oliva-Moran, and Edgar Alejandro Saucedo-Galvan, in this case:

a.      Are aliens with no lawful right to enter or remain in the United States;

b.      Entered or attempted to enter the United States illegally on or about October 15, 2007;

c.      Were found in a vehicle driven by defendant near Calexico, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.      Were paying $2,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.      May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.      The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Fabian Guerrero-Alvarez                    2                    07MJ8854

1          c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5          6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9          Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12          It is STIPULATED AND AGREED this date.

13                                  Respectfully submitted,

14                                    KAREN P. HEWITT
                                    United States Attorney

15

16  Dated: 10/30/07

17                                  JOSEPH J.M. ORABONA
                                  Assistant United States Attorney

18  Dated: 10|19|07

19                                  KRIS KRAUS
                                  Defense Counsel for Fabian Guerrero-Alvarez

20

21  Dated: 10|19|07

22                                  FABIAN GUERRERO-ALVAREZ
                                  Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Fabian Guerrero-Alvarez          3                    07MJ8854

1

# ORDER

2  Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6      **SO ORDERED.**

7

8  Dated: _10 - 30 - 07_

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Fabian Guerrero-Alvarez               4                          07MJ8854