FILED

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>FABIAN GUERRERO-ALVAREZ,<br><br>              Defendant. | ) Criminal Case No. _07CR2967-DMS_<br>)<br>) I N F O R M A T I O N<br>)<br>) Title 8, U.S.C.,<br>) Secs. 1324(a)(1)(A)(ii) and<br>) (v)(II) - Transportation of<br>) Illegal Aliens and Aiding and<br>) Abetting<br>) |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant FABIAN GUERRERO-ALVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose David Oliva-Moran, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED:   _October 30, 2007_ .

KAREN P. HEWITT
United States Attorney

_[signature]_

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
10/30/07