UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff           )<br>                                    )<br>vs.                                )<br>                                    )<br>Fabian Guerrero Alvarez )<br>            Defendant(s)      )<br>_____) | CRIMINAL NO. 07CR2967-DMS<br>ORDER 07mj8859<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Asuncion Gutierrez-Ramirez

DATED: 10/30/07

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
               DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
             Deputy Clerk