| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ALESSANDRA P. SERANO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 204796 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7084/(619) 557-7381 (Fax) |
| | Email: alessandra.p.serano@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2967DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| FABIAN GUERRERO-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None.

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):
5    <u>Name</u> (If none, enter "None" below)
6    None.
7    Please call me if you have any questions about this notice.
8    DATED: January 11, 2008.

9                                        Respectfully submitted,

10                                       KAREN P. HEWITT
                                         United States Attorney
11
                                         <u>s/Alessandra P. Serano</u>
12                                       ALESSANDRA P. SERANO
                                         Assistant United States Attorney
13                                       Attorneys for Plaintiff
                                         United States of America
14                                       Email: alessandra.p.serano@usdoj.gov

15
16
17
18
19
20
21
22
23
24
25
26
27
     Notice of Appearance
28   United States v. Guerrero-Alvarez          2                                        07CR2967

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,      )   Case No. 07CR2967DMS
                               )
            Plaintiff,         )
                               )
      v.                       )
                               )   CERTIFICATE OF SERVICE
FABIAN GUERRERO-ALVAREZ,       )
                               )
            Defendant.         )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   **Kris Kraus, Esq.**
   Email: kris_krause@fd.org

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 11, 2008.

                                        s/Alessandra P. Serano
                                        ALESSANDRA P. SERANO

3