**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Fabian Guerrero-Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**((HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2967-DMS |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR AN ORDER RELEASING |
| | ) | CRIMINAL HISTORY DOCUMENTS |
| FABIAN GUERRERO-ALAVAREZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY;
        MARK CONNOVER, ASSISTANT UNITED STATES ATTORNEY; AND
        JENNIFER L. CARREON, UNITED STATES PROBATION OFFICER:

Mr. Guerrero-Alvarez respectfully requests an order granting the production of all documents relied upon by United States Probation in determining his alleged prior criminal history and law enforcement contacts. The requested documents are necessary in determining whether the information in the pre-sentence report is correct.

                                                    Respectfully submitted,

                                                    /s/ Kris J. Kraus

DATED: January 22, 2007                             **KRIS J. KRAUS**
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Mr. Fabian Guerrero-Alvarez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Mark Conover
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: mark.conover@usdoj.gov

A copy was served by electronic mail to:

Jennifer L. Carreon
United States Probation Officer
jennifercarreon/CASP/09/USCOURTS

Dated: January 22, 2008            /s/  Kris J. Kraus
                                    KRIS J. KRAUS
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail: kris_kraus@fd.org