UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2967-DMS |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| | ) | |
| FABIAN GUERRERO-ALAVAREZ, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Mr. Guerrero-Alvarez, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents *of public record* relied upon in determining Mr. ~~Santiago Gonzalez~~ *Guerrero-Alvarez*' prior criminal history and law enforcement contacts.

DATED: 1-23-08

_____
HONORABLE DANA M. SABRAW
United States District Judge